UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

---

SYLVESTER M. SYLVAN, JR.,

FILED
CHARLOTTE, NC

DEC 29 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Plaintiff,

v.

QUAIL RUN ON SHARON HOMEOWNER'S ASSOCIATION, INC.;

CEDAR MANAGEMENT GROUP, LLC;

JIXIAN "JOYCE" MU a/k/a JOYCE MU;

ROLANDO VELASQUEZ;

THOMAS J. THURMAN; and

THURMAN, WILSON, BOUTWELL & GALVIN, P.A.,

Defendants.

Civil Action No: 3:25-CV-00889-MOC-DCK

---

PLAINTIFF'S MOTION FOR LEAVE TO USE ELECTRONIC FILING (CM/ECF)

---

Plaintiff Sylvester M. Sylvan, Jr., appearing pro se, respectfully moves this Court for leave to

file documents electronically through the Court's CM/ECF system pursuant to Local Civil Rule 5.3 and the Court's administrative procedures.

In support of this motion, Plaintiff states the following:

1. Plaintiff is proceeding pro se in this matter and wishes to participate in electronic filing to ensure timely submission and receipt of filings, orders, and notices.

2. Plaintiff has regular access to a computer, internet service, and a valid email address, and is able to comply with all CM/ECF requirements.

3. Electronic filing will promote efficiency, reduce delays, and ensure that Plaintiff receives prompt notice of filings and orders in this case.

4. Plaintiff understands that permission to use CM/ECF is a privilege that may be revoked if misused or if Plaintiff fails to comply with the Court's rules.

WHEREFORE, Plaintiff respectfully requests that the Court grant him permission to file electronically through the CM/ECF system for the duration of this case, with such permission expiring thirty (30) days after the conclusion of trial or final judgment.

Respectfully submitted this 29 day of December, 2026. S. M. S. J

*Sylvester*

Sylvester M. Sylvan, Jr.

Plaintiff, pro se

7969 Shady Oak Trail

Charlotte, NC 28210

(202) 486-4138

Email: Sylvestersylvan@yahoo.com