IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-889

| | |
|---|---|
| SYLVESTER M. SYLVAN, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>QUAIL RUN ON SHARON HOMEOWNERS )<br>ASSOCIATION, INC.; CEDAR MANAGEMENT )<br>GROUP, LLC; JIXIAN "JOYCE" MU; )<br>ROLANDO VELASQUEZ; THOMAS J. )<br>THURMAN; and THURMAN, WILSON, )<br>BOUTWELL & GALVIN, P.A., )<br>)<br>Defendants. )<br>) | **THURMAN DEFENDANTS'**<br>**RULE 12 MOTION TO DISMISS** |

NOW COME Defendants Thomas J. Thurman and Thurman, Wilson, Boutwell & Galvin, P.A. (collectively, the "Thurman Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and move the Court for dismissal of Plaintiff's Complaint, which Motion relies on the accompanying Memorandum of Law. The Thurman Defendants respectfully request that the Court enter an Order dismissing the claims against them with prejudice, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 2nd day of January, 2026.

                                                        s/Thomas J. Thurman
                                                        *Attorney for Defendants Thurman, Wilson,*
                                                        *Boutwell & Galvin, P.A. and Thomas J.*
                                                        *Thurman*
                                                        Thurman, Wilson, Boutwell & Galvin, P.A.
                                                        NC Bar No. 48115
                                                        301 S. McDowell Street, Suite 608
                                                        Charlotte, North Carolina 28204
                                                        Phone: (704) 377-4164
                                                        thomas@twbglaw.com

## CERTIFICATION REGARDING ARTIFICIAL INTELLIGENCE

The undersigned hereby certifies that no artificial intelligence was used in the research for the preparation of this document, with the exception of such artificial intelligence embedded in standard online legal research sources such as Westlaw, Lexis, FastCase, and Bloomberg and that every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This 2nd day of January, 2026.

    s/Thomas J. Thurman
*Attorney for Defendants Thurman, Wilson, Boutwell & Galvin, P.A. and Thomas J. Thurman*
Thurman, Wilson, Boutwell & Galvin, P.A.
NC Bar No. 48115
301 S. McDowell Street, Suite 608
Charlotte, North Carolina 28204
Phone: (704) 377-4164
thomas@twbglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In addition, I hereby certify that a copy of the foregoing document was served upon the Plaintiff via first class mail, postage prepaid, addressed to:

Sylvester Sylvan
7969-75 Shady Oak Trail
Charlotte, NC 28210

This the 2nd day of January, 2026.

    s/Thomas J. Thurman
*Attorney for Defendants Thurman, Wilson, Boutwell & Galvin, P.A. and Thomas J. Thurman*
Thurman, Wilson, Boutwell & Galvin, P.A.
NC Bar No. 48115
301 S. McDowell Street, Suite 608
Charlotte, North Carolina 28204
Phone: (704) 377-4164
thomas@twbglaw.com